**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KEMAR DOHMAN,

          Plaintiff,

         -against-

WALGREEN CO.,

          Defendant.

------------------------------------------------------------x

24-CV-2204 (ALC) (OTW)

**SCHEDULING ORDER**

    **ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 15.

Defendant's motion to adjourn the November 6, 2024 conference is **GRANTED**.

The Court will hold a Pre-Settlement Conference Call on **Wednesday, November 6, 2024 at 2:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to close ECF Nos. 10 and 15.

    **SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated: September 25, 2024                                **Ona T. Wang**
       New York, New York                        United States Magistrate Judge