**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
KEMAR DOHMAN,                                               :
                                                            :
                    Plaintiff,                              :      24-CV-2204 (ALC) (OTW)
                                                            :
            -against-                                       :      ORDER
                                                            :
WALGREEN CO.,                                               :
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on December 12, 2024.

The parties are directed to file a joint status letter on the docket by **Friday, January 10, 2025,** apprising the Court on the status of the parties' settlement discussions, and proposing another date for a Pre-Settlement Conference Call.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: December 13, 2024         **Ona T. Wang**
   New York, New York            United States Magistrate Judge