**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

KEMAR DOHMAN,

        Plaintiff,                        24-CV-2204 (ALC) (OTW)

        -against-                        **ORDER**

WALGREEN CO.,

        Defendant.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on this matter on January 22, 2025.

The parties are directed to meet and confer and file a joint letter on the docket by **January 31, 2025,** that proposes 3 dates for an in-person settlement conference during the weeks of April 7, 2025, or April 21, 2025.

**SO ORDERED.**

Dated: January 24, 2025                                 _s/ Ona T. Wang_
      New York, New York                    **Ona T. Wang**
                                                          United States Magistrate Judge