MEMO ENDORSED.

# Morgan Lewis

**Hanna E. Martin**
Associate
+1.212.309.6716
hanna.martin@morganlewis.com

April 2, 2025

**VIA ECF**

Hon. Ona T. Wang, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     Dohman v. Walgreen Co., No. 1:24-cv-02204

Hon. Judge Wang:

We represent Defendant Walgreen Co. in the above-referenced matter. We write with Plaintiff's consent to respectfully request that Walgreen Co., through its in-house counsel, David Metz, be permitted to attend the April 9 settlement conference in this matter via telephone.

The parties are scheduled for an in-person settlement conference before Your Honor on April 9. In-house counsel assigned to the case, Mr. Metz, is located in Illinois, and in-person attendance by Mr. Metz would therefore be difficult and impractical. Counsel of record, Ashley Hale, is prepared to attend the settlement conference in-person, and Mr. Metz is prepared to be fully available by phone during the settlement conference to discuss any settlement offers and counters.

Based on the foregoing, Walgreen Co. respectfully requests that Mr. Metz be excused from in-person attendance and be permitted to be available by phone instead during the April 9 settlement conference.

Sincerely,

*/s/ Hanna E. Martin*
Hanna E. Martin

HEM

Application **GRANTED.** Mr. Metz is excused from in-person attendance during the April 9 settlement conference, but must be reachable by phone throughout the duration of the conference.

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 4/4/2025

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001