MEMO ENDORSED

# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/26

**Hanna E. Martin**
Associate
+1.212.309.6716
hanna.martin@morganlewis.com

April 13, 2026

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Court,
Southern District of New York
500 Pearl St., New York, NY 10007

**Re:    *Dohman v. Walgreen Co.*, No. 1:24-cv-02204-ALC**

Dear Judge Carter:

We represent Defendant Walgreen Co. ("Defendant") in the above-referenced matter. We write jointly with counsel for Plaintiff Kemar Dohman ("Plaintiff") to respectfully request an extension of time to submit pre-motion letters for any forthcoming motions for summary judgment. The Parties' current deadline to submit pre-motion letters is April 15, 2026, and the parties respectfully request that this deadline be extended to June 22, 2026.

The Parties have scheduled a private mediation of this matter with mediator Liz Shampnoi on June 1, 2026. This extension of time will allow the Parties to focus their attention on potential settlement efforts and preserve the resources of both the Parties and the Court. This is the Parties' first request for an extension of time for the submission of pre-motion letters.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Evan Richardson
Evan Richardson
Counsel for Plaintiff

/s/ Hanna E. Martin
Hanna E. Martin
Counsel for Defendant

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/13/26

The Parties are ORDERED to file a joint status report by 6/22/26 indicating whether this case has settled or if the Parties need additional time or assistance.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States

**T** +1.212.309.6000
**F** +1.212.309.6001